# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | |
| **LORENZO GREENE,** | : | **18 U.S.C. § 922(g)(1)** |
| Defendant. | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | |
| | : | **21 U.S.C. § 841(a)(1)** |
| | : | **(Possessing With Intent to** |
| | : | **Manufacture, Distribute or Dispense** |
| | : | **Controlled Substances)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),** |
| | : | **21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c)** |
| | : | |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about August 24, 2025, within the District of Columbia, the defendant, LORENZO GREENE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. 2022 CF2-7220, did unlawfully and knowingly receive and possess a firearm, that is, a Taurus G3C 9mm caliber semiautomatic firearm, marked with serial number ACM685646, and did unlawfully and knowingly receive and possess ammunition, that is, 18 cartridges of 9 mm ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of 18 U.S.C.§ 922(g)(1))

## COUNT TWO

On or about August 24, 2025, in the District of Columbia, the defendant, LORENZO GREENE, did knowingly and intentionally possess with intent to distribute and dispense a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Possessing With Intent to Manufacture, Distribute, or Dispense Controlled Substances**, in violation of 21 U.S.C. § 841(a)(1))

## FORFEITURE ALLEGATIONS

1. Upon conviction of the offenses alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Taurus G3C 9mm caliber semiautomatic firearm and 18 cartridges of 9 mm ammunition.

2. Upon conviction of the offense alleged in Count Two of this Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any drugs or U.S. currency involved in or used in the knowing commission of the offense, including but not limited to 167.7 grams or more of a mixture and substance containing a detectable amount of marijuana and $369 in U.S. currency.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to 18 U.S.C. § 924(d); 21 U.S.C. §§ 853(a), (p); and 28 U.S.C. § 2461(c))

Submitted by

JEANINE FERRIS PIRRO
United States Attorney

By: *Jocelyn Ballantine*
JOCELYN BALLANTINE
JOLIE F. ZIMMERMAN
Assistant United States Attorneys